# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-3035**　　　　　　　　　　　　　　　　**September Term, 2024**

　　　　　　　　　　　　　　　　　　　　　　　**1:21-cr-00333-RJL-1**

　　　　　　　　　　　　　　　　　　　　**Filed On:** July 2, 2025

United States of America,

　　　　Appellant

　　v.

David Jeremy Zobel,

　　　　Appellee

　　**BEFORE:**　　Millett, Pillard, and Katsas, Circuit Judges

### O R D E R

　　Upon consideration of the motion to dismiss, the opposition thereto, and the reply; and the motion to schedule the due date of the government's opening brief, it is

　　**ORDERED** that the motion to dismiss be referred to the merits panel to which this appeal is assigned. The parties are directed to address in their briefs the issues presented in the motion to dismiss rather than incorporate those arguments by reference. It is

　　**FURTHER ORDERED** that the following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | July 23, 2025 |
| Appendix | July 23, 2025 |
| Appellee's Brief | August 22, 2025 |
| Appellant's Reply Brief | September 12, 2025 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-3035**                                          **September Term, 2024**

      The Clerk is directed to calendar this case for argument on the first appropriate date following the conclusion of briefing.

**<u>Per Curiam</u>**

                                         **FOR THE COURT:**
                                         Clifton B. Cislak, Clerk

                  BY:    /s/
                              Selena R. Gancasz
                              Deputy Clerk